United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **City on a Hill, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **39-2017873** |

**4.    Debtor's address**

**Principal place of business**

**2224 W. Kilbourn Ave.**
**Milwaukee, WI 53233**
Number, Street, City, State & ZIP Code

**Milwaukee**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://cityonahillmke.org/** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**6241**_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

█    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 4 of 64

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  5, 2025**
MM / DD / YYYY

**X** **/s/ Michael B. Williams**                 **Michael B. Williams**
Signature of authorized representative of debtor        Printed name

Title   **Interim Executive Director**

**18. Signature of attorney**

**X** **/s/ Paul G. Swanson**        Date **December  5, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**SWANSON SWEET LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**   Email address   **pswanson@swansonsweet.com**

**1007861 WI**
Bar number and State



**WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF CITY ON A HILL
AUTHORIZING PETITION FOR BANKRUPTCY
(APPROVED BY TWO-THIRDS VOTE VIA EMAIL)**

The directors of City On A Hill, acting pursuant to the Company's bylaws and applicable law, hereby take the following action by written consent via email. This written action is taken in lieu of a formal meeting and shall have the same force and effect as if adopted at a meeting duly called and held.

Pursuant to the Company's governing documents, approval of the following resolution requires an affirmative vote of at least two-thirds (2/3) of the directors then serving.

**<ins>RESOLUTION</ins>**
WHEREAS, the Company is a section 501(c)(3) tax-exempt corporation which offers a range of programs to promote health and wellness in Milwaukee, Wisconsin.

WHEREAS, the Company has determined that it is in the best interests of the Company, and its creditors, employees, and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Wisconsin.

NOW, THEREFORE, BE IT RESOLVED, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Wisconsin.

BE IT FURTHER RESOLVED, that Michael B Williams, Interim Executive Director, and Mitchell A Lueck (the "Authorized Agent(s)") be, and hereby is, authorized and directed, in the name of and on behalf of the Company to (1) work with, prepare, and file the petition for relief for the Company at a time and in a manner within the Authorized Agent's discretion; (2) cause to be filed all other necessary and essential papers in connection with the Company's Chapter 11 proceeding and to prosecute such papers; and (3) to take any other actions and any additional steps, in the name and on behalf of the Company, necessary and appropriate to prosecute the Chapter 11 proceeding.

1

BE IT FURTHER RESOLVED, that the Authorized Agent(s) be, and hereby is, authorized and directed to employ the law firm of Swanson Sweet LLP ("Swanson Sweet") as general bankruptcy counsel to represent and assist the Company in prosecuting its Chapter 11 proceeding, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, motions, or other documents; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements with Swanson Sweet and to pay appropriate advanced payments.

BE IT FURTHER RESOLVED, that the Authorized Agent(s) be, and hereby is, authorized and directed to employ any other professionals, including the Zizzo Group, to promote the Company's best interests, to assist the Company in fulfilling its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements and to pay appropriate advanced payments.

BE IT FURTHER RESOLVED, that the Authorized Agent(s) be, and hereby is, authorized and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Agent deems necessary, proper, or desirable in connection with the Chapter 11 proceeding.

BE IT FURTHER RESOLVED, that, in connection with the commencement of the Chapter 11 proceeding, the Authorized Agent(s) be, and hereby is, authorized and directed to seek approval of the use of cash collateral and/or the incurrence of post-petition debt, and the Authorized Agent be, and hereby is, authorized and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents by or on behalf of the Company necessary to implement the foregoing, as well as any additional or further agreements for the use of cash collateral or post-petition debt in connection with the Chapter 11 proceeding, which agreements may require that the Company grant security interests.

BE IT FURTHER RESOLVED, that, in addition to the specific authorizations conferred upon the Authorized Agent(s), the Authorized Agent(s), and his designees or delegates, be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Agent's judgment shall be necessary, advisable, or desirable in order

2

to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

BE IT FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby approved and ratified as true acts and deeds of the Company, with the same force and effect as if each such act, action, or transaction had been specifically authorized in advance by this resolution.

## **EFFECTIVENESS**
This resolution shall become effective upon receipt of email consents from at least two-thirds (2/3) of the directors then serving, as evidenced below. Each director may indicate approval by responding via email with "APPROVE" or similar written affirmation.

## **DIRECTOR VOTES**

| Director Name | Vote (Approve/Not Approve) | Email Timestamp |
|---|---|---|
| Mitch Lueck | Approve | 11/20/2025 - 7:39 PM CST |
| Nathan Tonarelli | Approve | 11/20/2025 - 8:56 PM CST |
| Kayla Bradham | Approve | 11/21/2025 - 5:54 AM CST |
| Preston Tippen | Approve | 11/21/2025 - 7:05 AM CST |
| Jay Fischer | Approve | 11/21/2025 - 7:40 AM CST |
| Mike Williams | Approve | 11/26/2025 - 4:25 PM CST |

**Result:**
Number of directors serving: 8
Number of approvals required (2/3): 6
Number of approvals received: 6
Resolution is approved.

3

# Management Report

City on a Hill, Inc
For the period ended October 31, 2025

Prepared by

All In One Accounting

Prepared on

November 24, 2025

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 9 of 64

# Table of Contents

Statement of Activity ...................................................................................................................3

Statement of Financial Position ...................................................................................................7

Statement of Cash Flows...........................................................................................................10

# Statement of Activity

| | Total |
|---|---:|
| **REVENUE** | |
| 410100 Contribution Income | 99.00 |
|    410101 Individual - General | 182,769.09 |
|    410102 Corporate & Foundation (GEN OPS) | 100,000.00 |
|    410103 United Way & Workplace Giving | 10,262.94 |
|    410104 Churches - Non-AG | 76,091.25 |
|    410105 Churches - WNMD | 137,363.27 |
|    410105R Releases from Restriction - WNMD Churches | 1,944.95 |
|    410106 Churches - Other AG Churches/Ministries | 14,370.15 |
|    410107 Churches - US Missions | 21,215.79 |
|    410108 Donor-Advised Funds | 84,300.00 |
|    410109R Releases from Restriction - Sunday Dinner Church | 2,000.00 |
|    410110 In-Kind Donations | 4,099.75 |
|    410113 Designated Special Gifts | 17,900.00 |
| **Total 410100 Contribution Income** | **652,416.19** |
| 420100 Grants | |
|    420101 Federal Grants | 327,333.51 |
|    420102 Local and State Grants | 65,911.03 |
|    420103 Foundation Grants | 37,500.00 |
|    420103R Releases from Restriction - Foundation Grants | 127,834.36 |
| **Total 420100 Grants** | **558,578.90** |
| 440100 Program Training Revenue | |
|    440101 Missions Events | 41,288.85 |
|    440102 Racial Residue Workshops | 38.02 |
|    440104 Other Program Revenue | 1,550.00 |
| **Total 440100 Program Training Revenue** | **42,876.87** |
| 460100 Property Income | |
|    460101 Lease Income | 136,514.83 |
|    460102 Short-term Rental Income | 13,260.00 |
| **Total 460100 Property Income** | **149,774.83** |
| 470100 Fundraising Income | |
|    470102 Sponsorships | 10,500.00 |
| **Total 470100 Fundraising Income** | **10,500.00** |
| 480100 Sales of Product Revenue | |
|    480101 Merchandise | 292.58 |
| **Total 480100 Sales of Product Revenue** | **292.58** |
| 790000 Releases from Donor Restriction | -171,544.76 |
| Uncategorized Income | 63,889.11 |
| **Total Revenue** | **1,306,783.72** |
| **GROSS PROFIT** | **1,306,783.72** |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 11 of 64

|  | Total |
|---|---:|
| | |

**EXPENDITURES**

| | Total |
|---|---:|
| 500100 Personnel Expenses | 213.03 |
| 500101 Wages | 767,661.43 |
| 500102 Payroll Taxes | 54,033.94 |
| 500103 Benefits | -1,892.04 |
| 500103.1 Tuition Reimbursement | 1,455.00 |
| 500103.2 Medical & Dental Insur | 107,857.32 |
| 500103.4 Life & LTD Insur | 3,525.03 |
| **Total 500103 Benefits** | **110,945.31** |
| 500104 Housing Allowance | 18,602.45 |
| 500105 Recruitment & Hiring | 2,486.66 |
| 500106 Community & Staff Development | 5,691.75 |
| **Total 500100 Personnel Expenses** | **959,634.57** |
| 500300 General | |
| 500301 Copier Expenses | 2,654.39 |
| 500301.1 Copier Lease Payments | 5,360.51 |
| **Total 500301 Copier Expenses** | **8,014.90** |
| 500302 Office Supplies | 1,548.50 |
| 500303 Printing Expenses (offsite) | 3,659.96 |
| 500304 Technology Supplies & Maint | 4,563.73 |
| 500305 Software & Tech Subscriptions | 61,240.27 |
| 500306 Professional Fees | 159,620.90 |
| 500306.1 Accounting Fees | 98,958.98 |
| 500306.2 Legal Fees | 10,284.35 |
| **Total 500306 Professional Fees** | **268,864.23** |
| 500307 Bank & Credit Card Fees | 23,419.29 |
| 500308 Postage | 302.75 |
| 500310 Insurance | 31.84 |
| 500310.1 Directors & officers insurance | -733.32 |
| 500310.2 Liability insurance | 22,996.67 |
| 500310.3 Property insurance | 90,535.80 |
| 500310.4 Workers Comp | 7,204.62 |
| 500310.5 Malpractice | 3,595.52 |
| **Total 500310 Insurance** | **123,631.13** |
| 500311 QuickBooks Payments Fees | 1,775.24 |
| 500312 Memberships Fees | 10,278.15 |
| 500313 Property Tax | 7,708.58 |
| 500314 Tenant Relation Expenses | 168.10 |
| 500315 Travel | 17.00 |
| 500315.2 Hotels | 1,575.76 |
| 500315.3 Transportation | 3,051.99 |
| 500315.4 Travel meals | 634.91 |
| **Total 500315 Travel** | **5,279.66** |

|  | Total |
|---|---:|
| 500316 Hospitality & Guest Relations | 461.73 |
| 500317 Advertising & Promotion | 10,007.93 |
| 500320 Interest Expense | 270,281.75 |
| 500321 Building Expenses | 902.73 |
|    500321.1 HVAC | 21,624.31 |
|    500321.2 Grounds & Snow | 24,394.93 |
|    500321.3 Fire & Safety | 2,520.17 |
|    500321.4 Permits/Dues/Inspections | 10,704.62 |
|    500321.5 Maintenance | 26,083.63 |
|       500321.5a Cleaning Service & Supply | 14,993.81 |
|       500321.5b Electrical Service & Supply | 1,047.77 |
|       500321.5c Plumbing Service & Supply | 246.49 |
| **Total 500321.5 Maintenance** | **42,371.70** |
|    500321.6 Utilities | |
|       500321.6a Trash | 4,953.40 |
|       500321.6b Water | 21,335.14 |
|       500321.6c Electric & Gas | 90,371.62 |
| **Total 500321.6 Utilities** | **116,660.16** |
|    500321.8 Phone and Internet | 5,057.44 |
|    500322 Vehicle Expenses | 492.71 |
|    500323 Vehicle Insurance | 10,001.37 |
| **Total 500321 Building Expenses** | **234,730.14** |
| 500324 US Missions Fees | 7,457.31 |
| **Total 500300 General** | **1,043,393.35** |
| 500600 Program Expenses | 199.10 |
|    500601 Program Meals | 14,962.49 |
|    500602 Benevelonce | 130.00 |
|    500603 Labs & Meds | 6,806.36 |
|    500604 Program Stipends & Incentives | 588.35 |
|    500605 Program Supplies | 29,738.43 |
|    500607 Events | 8,516.99 |
|    500608 Merchandise Purchases | 1,608.00 |
|    500609 Volunteer Expense | 207.26 |
| **Total 500600 Program Expenses** | **62,756.98** |
| Uncategorized Expense | 246.08 |
| **Total Expenditures** | **2,066,030.98** |
| NET OPERATING REVENUE | -759,247.26 |
| OTHER REVENUE | |
| 700700 Other Income | 2,227.45 |
|    410112R Releases from Restriction - Capital Project Funds | 39,765.45 |
|    700701 Interest Income | 408.39 |
|    700703 Cash Back Rewards | 7,048.47 |
| **Total 700700 Other Income** | **49,449.76** |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 13 of 64

|  | Total |
|---|---:|
| Total Other Revenue | 49,449.76 |
| **OTHER EXPENDITURES** | |
| 500318 Amortization ROU | 5,562.90 |
| 500319 Depreciation | 176,374.90 |
| **Total Other Expenditures** | **181,937.80** |
| **NET OTHER REVENUE** | **-132,488.04** |
| **NET REVENUE** | **$ -891,735.30** |

Case 25-26829-kmp   Doc 1   Filed 12/05/25   Page 14 of 64

# Statement of Financial Position

As of October 31, 2025

| | Total |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 100101 BMO Checking XX9965 | -6,872.45 |
| 100102 BMO Money Market XX9578 | 21,838.60 |
| 100103 BMO Sunday Dinner XX9101 | 2,071.91 |
| 100106 Bill.com Money Out Clearing | 3,815.00 |
| 100108 Petty Cash | 711.30 |
| 100110 Spring Bank | 3,316.83 |
| **Total Bank Accounts** | **24,881.19** |
| Accounts Receivable | |
| 110122 Accounts Receivable (A/R) | 129,627.49 |
| **Total Accounts Receivable** | **129,627.49** |
| Other Current Assets | |
| 115000 Inventory | 3,303.91 |
| 122001 Prepaid Insurance | 765.74 |
| **Total Other Current Assets** | **4,069.65** |
| **Total Current Assets** | **158,578.33** |
| Fixed Assets | |
| 171000 Land | 357,300.00 |
| 171001 Buildings | 3,576,888.48 |
| 172888 Accumulated Depreciation (Buildings) | -1,254,279.93 |
| 175100 Furniture, Fixtures & Equipment | 1,111,689.56 |
| 175888 Accumulated Depreciation (FFE) | -495,942.02 |
| 176100 Right of Use | 28,370.59 |
| 176888 Accumulated Amortization (Right of Use) | -18,913.86 |
| 177100 Vehicles | 59,406.71 |
| 177888 Accumulated Depreciation (Vehicles) | -51,254.77 |
| 179999 Construction in Process | 113,606.77 |
| **Total Fixed Assets** | **3,426,871.53** |
| **TOTAL ASSETS** | **$3,585,449.86** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 211001 Accounts Payable (A/P) | 679,046.51 |
| **Total Accounts Payable** | **679,046.51** |
| Credit Cards | |
| 211002 Capital One Credit Card | 30,448.13 |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 15 of 64

|  | Total |
|---|---:|
| 211003 Ramp Credit Card | 14,146.08 |
| 211004 American Express | 30,558.32 |
| 211005 Bill.com Credit Card | 26,025.00 |
| 211007 US Bank Credit Card | 7,105.80 |
| **Total Credit Cards** | **108,283.33** |
| **Other Current Liabilities** | |
| 211900 Short-term Notes/Loans Payable | |
| 211006 American Express Line of Credit | 54,372.39 |
| 211008 Fundworks Note Payable | 313,973.84 |
| 211009 Dell Business Credit | 4,296.24 |
| 211012 Saturn Funding Note Payable | 29,000.00 |
| 211013 CFG | 54,247.00 |
| **Total 211900 Short-term Notes/Loans Payable** | **455,889.47** |
| 212000 Payroll Liabilities | 303.90 |
| 212001 Accrued Payroll | 22,269.08 |
| 212002 PTO Accrual | 13,298.81 |
| 212003 Payroll Tax Payable | -0.01 |
| 212004 403(b) Employee Deferrals | 122.51 |
| **Total 212000 Payroll Liabilities** | **35,994.29** |
| 220001 Deferred Revenue | 25,153.31 |
| 220003 Security deposits | 12,037.00 |
| **Total Other Current Liabilities** | **529,074.07** |
| **Total Current Liabilities** | **1,316,403.91** |
| **Long-Term Liabilities** | |
| 262001 BMO Mortgage Payable | 400,884.72 |
| 263001 BMO Line of Credit | 200,000.00 |
| 264001 ROU Lease Liability | 10,814.74 |
| 265001 Notes Payable-Internal | 246,000.00 |
| 266001 Bader Loan Capital Projects | 338,471.95 |
| **Total Long-Term Liabilities** | **1,196,171.41** |
| **Total Liabilities** | **2,512,575.32** |
| **Equity** | |
| 300100 Net Assets without Donor Restriction | 1,805,630.17 |
| 300200 Net Assets with Donor Restrictions | |
| 800102 Designated Kitchen Project | 10,885.00 |
| 800105 Foundations - Secular | 135,976.80 |
| 800106 Benevolence | 4,778.69 |
| 800107 Y&F Resilience (Donor Advised) | 3,981.00 |
| 800108 Sunday Dinner Church | -4,591.82 |
| 800109 Capital Projects | 7,950.00 |
| **Total 300200 Net Assets with Donor Restrictions** | **158,979.67** |
| Net Revenue | -891,735.30 |
| **Total Equity** | **1,072,874.54** |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 16 of 64

|  | Total |
|---|---|
| TOTAL LIABILITIES AND EQUITY | $3,585,449.86 |

City on a Hill, Inc

# Statement of Cash Flows

| | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Revenue | -891,735.30 |
| Adjustments to reconcile Net Revenue to Net Cash provided by operations: | |
| 110122 Accounts Receivable (A/R) | 163,188.40 |
| 122001 Prepaid Insurance | 65,479.62 |
| 122002 Prepaid Expenses | 9,587.66 |
| 172888 Accumulated Depreciation (Buildings) | 84,137.20 |
| 175888 Accumulated Depreciation (FFE) | 86,414.60 |
| 176888 Accumulated Amortization (Right of Use) | 5,562.90 |
| 177888 Accumulated Depreciation (Vehicles) | 5,823.10 |
| 211001 Accounts Payable (A/P) | 200,410.40 |
| 211002 Capital One Credit Card | -463.36 |
| 211003 Ramp Credit Card | -5,821.57 |
| 211004 American Express | -3,041.00 |
| 211005 Bill.com Credit Card | 25,851.22 |
| 211007 US Bank Credit Card | 43.00 |
| 211006 Short-term Notes/Loans Payable:American Express Line of Credit | -14,078.71 |
| 211008 Short-term Notes/Loans Payable:Fundworks Note Payable | 177,855.60 |
| 211009 Short-term Notes/Loans Payable:Dell Business Credit | -1,139.15 |
| 211010 Short-term Notes/Loans Payable:Pearl Capital Payable | -23,418.77 |
| 211011 Short-term Notes/Loans Payable:Greenbox Payable | -39,222.66 |
| 211012 Short-term Notes/Loans Payable:Saturn Funding Note Payable | 29,000.00 |
| 211013 Short-term Notes/Loans Payable:CFG | 54,247.00 |
| 212000 Payroll Liabilities | 303.90 |
| 212001 Payroll Liabilities:Accrued Payroll | -20,789.27 |
| 212002 Payroll Liabilities:PTO Accrual | -14,449.20 |
| 212003 Payroll Liabilities:Payroll Tax Payable | -3,069.28 |
| 212004 Payroll Liabilities:403(b) Employee Deferrals | -1,149.38 |
| 212005 Payroll Liabilities:Benefits Payable | -951.08 |

|  | Total |
|---|---|
| 213000 Accrued Expenses | -22,124.89 |
| 220001 Deferred Revenue | 17,710.56 |
| 220003 Security deposits | 387.00 |
| **Total Adjustments to reconcile Net Revenue to Net Cash provided by operations:** | **776,283.84** |
| **Net cash provided by operating activities** | **-115,451.46** |
| INVESTING ACTIVITIES | |
| 171001 Buildings | -1,589,821.54 |
| 175100 Furniture, Fixtures & Equipment | -537,336.76 |
| 179999 Construction in Process | 2,070,757.10 |
| **Net cash provided by investing activities** | **-56,401.20** |
| FINANCING ACTIVITIES | |
| 262001 BMO Mortgage Payable | -15,542.73 |
| 264001 ROU Lease Liability | -5,824.24 |
| 265001 Notes Payable-Internal | -500.00 |
| 266001 Bader Loan Capital Projects | -11,528.05 |
| 267001 Old National Bank Notes Payable | -72,924.88 |
| 300100 Net Assets without Donor Restriction | 137,909.81 |
| 800105 Net Assets with Donor Restrictions:Foundations - Secular | -96,144.36 |
| 800108 Net Assets with Donor Restrictions:Sunday Dinner Church | -2,000.00 |
| 800109 Net Assets with Donor Restrictions:Capital Projects | -39,765.45 |
| **Net cash provided by financing activities** | **-106,319.90** |
| NET CASH INCREASE FOR PERIOD | -278,172.56 |
| Cash at beginning of period | 303,053.75 |
| CASH AT END OF PERIOD | **$24,881.19** |

Form **990**

Department of the Treasury
Internal Revenue Service

\*\* PUBLIC DISCLOSURE COPY \*\*

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

Do not enter social security numbers on this form as it may be made public.

Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2024**

Open to Public
Inspection

**A** For the 2024 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | CITY ON A HILL, INC. | |
| ☐ Name change | Doing business as | 39-2017873 |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address)  Room/suite | **E** Telephone number |
| ☐ Final return/terminated | 2224 W KILBOURN AVE | (414)931-6670 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | **G** Gross receipts $ 4,480,008. |
| ☐ Application pending | MILWAUKEE, WI 53233-1614 | |

**F** Name and address of principal officer: MIKE WILLIAMS
SAME AS C ABOVE

**H(a)** Is this a group return for subordinates? ☐ Yes ☒ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No

If "No," attach a list. See instructions

**I** Tax-exempt status: ☒ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ► WWW.CITYONAHILLMKE.ORG

**H(c)** Group exemption number ►

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ►    **L** Year of formation: 2000  **M** State of legal domicile: WI

## Part I | Summary

**1** Briefly describe the organization's mission or most significant activities: CITY ON A HILL IS ON A MISSION TO BREAK THE CYCLE OF POVERTY IN MILWAUKEE, WISCONSIN.

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---:|
| **3** | Number of voting members of the governing body (Part VI, line 1a) | **3** | 10 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 9 |
| **5** | Total number of individuals employed in calendar year 2024 (Part V, line 2a) | **5** | 28 |
| **6** | Total number of volunteers (estimate if necessary) | **6** | 0 |
| **7 a** | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| **b** | Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0. |

| | | Prior Year | Current Year |
|---|---|---:|---:|
| **8** | Contributions and grants (Part VIII, line 1h) | 2,248,341. | 4,129,041. |
| **9** | Program service revenue (Part VIII, line 2g) | 291,550. | 234,983. |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 3,763. | 16,424. |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | -23,095. | 99,560. |
| **12** | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,520,559. | 4,480,008. |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 0. | 0. |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 967,167. | 1,364,121. |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | 0. | 0. |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ► 282,505. | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 1,477,516. | 1,807,472. |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 2,444,683. | 3,171,593. |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | 75,876. | 1,308,415. |

| | | Beginning of Current Year | End of Year |
|---|---|---:|---:|
| **20** | Total assets (Part X, line 16) | 2,350,175. | 4,227,887. |
| **21** | Total liabilities (Part X, line 26) | 1,755,597. | 2,213,526. |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 594,578. | 2,014,361. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | | Date |
|---|---|---|---|
| | MIKE WILLIAMS, INTERIM EXECUTIVE DIRECTOR | | |
| | Type or print name and title | | |

| | Preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | KRISTEN DONLEVY | KRISTEN DONLEVY | 11/12/25 | | P01670215 |
| | Firm's name CLIFTONLARSONALLEN LLP | | | Firm's EIN 41-0746749 | |
| | Firm's address 10401 W INNOVATION DR, STE 300 WAUWATOSA, WI 53226 | | | Phone no. 414-476-1880 | |

May the IRS discuss this return with the preparer shown above? See instructions ...... ☒ Yes ☐ No

**LHA** **For Paperwork Reduction Act Notice, see the separate instructions.**   432001 12-10-24   Form **990** (2024)

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)    CITY ON A HILL, INC.    39-2017873    Page **2**

## Part III | Statement of Program Service Accomplishments

Check if Schedule O contains a response or note to any line in this Part III ........................................................ [X]

**1** Briefly describe the organization's mission:

CITY ON A HILL'S MISSION IS THREEFOLD; 1) TO IMPROVE THE QUALITY OF LIFE IN OUR NEIGHBORHOOD BY ALLEVIATING THE SYMPTOMS OF POVERTY IN COLLABORATION WITH OTHER ORGANIZATIONS; 2) TO HELP CENTRAL CITY YOUTH BREAK THE CYCLE OF GENERATIONAL POVERTY BY OFFERING A COMPREHENSIVE

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? ................................................ [ ] Yes [X] No

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ............ [ ] Yes [X] No

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 595,576. including grants of $ _____ ) (Revenue $ 42,574. )

CHILDREN, YOUTH AND FAMILY PROGRAMS: CITY ON A HILL PROVIDES HOLISTIC SUPPORT TO LOW-INCOME FAMILIES, CHILDREN, AND YOUTH, EMPOWERING THEM TO BREAK THE CYCLE OF POVERTY. WE ENGAGE HUNDREDS OF YOUTH ANNUALLY IN GROWTH-FOCUSED ACTIVITIES LIKE AFTERSCHOOL PROGRAMS, SUMMER INITIATIVES, AND EXPERIENTIAL LEARNING OPPORTUNITIES. WE ALSO OFFER FAMILY SERVICES INCLUDING HOME VISITS, EMERGENCY ASSISTANCE, CAREGIVER SUPPORT GROUPS, AND COMMUNITY-BUILDING EVENTS, ALL DESIGNED TO FOSTER STRONG FAMILIES AND VIBRANT COMMUNITIES.

**4b** (Code: _____ ) (Expenses $ 589,227. including grants of $ _____ ) (Revenue $ 87,744. )

COMMUNITY CENTER: CITY ON A HILL'S COMMUNITY CENTER IS A VIBRANT HUB OF TRANSFORMATION, WHERE PARTNERSHIP AND SERVICE CONVERGE TO CREATE LASTING IMPACT IN MILWAUKEE'S LOW-INCOME COMMUNITIES. WE HOST A DYNAMIC ALLIANCE OF NONPROFIT, EDUCATIONAL, AND MINORITY-LED ORGANIZATIONS, ALL WORKING TOGETHER TO DELIVER ESSENTIAL SERVICES THAT ADDRESS THE DIVERSE NEEDS OF OUR NEIGHBORS. THIS COLLABORATIVE SPACE OFFERS NUTRITION PROGRAMS FOR CHILDREN, CULTURAL COMPETENCY TRAINING FOR HEALTH PROFESSIONALS, EMPLOYMENT SUPPORT FOR ADULTS, GED RECOVERY CLASSES, AND COMPREHENSIVE DISABILITY ASSESSMENTS. BY CO-LOCATING, THESE ORGANIZATIONS MAXIMIZE SHARED RESOURCES, FOSTERING A STRONGER, MORE RESILIENT COMMUNITY THAT EMPOWERS CENTRAL CITY RESIDENTS TO THRIVE.

**4c** (Code: _____ ) (Expenses $ 448,380. including grants of $ _____ ) (Revenue $ 104,665. )

HEALTHCARE SERVICES: CITY ON A HILL DELIVERS LIFE-CHANGING HEALTHCARE SERVICES TO OVER 1,000 ECONOMICALLY DISADVANTAGED INDIVIDUALS ANNUALLY, INCLUDING THOSE EXPERIENCING HOMELESSNESS, THE ELDERLY, AND PEOPLE WITH DISABILITIES. OUR COMPREHENSIVE CARE INCLUDES HEALTH SCREENINGS, PHYSICIAN CONSULTATIONS, MEDICATION PROVISION, TELEHEALTH ACCESS, VISION CARE, REHABILITATIVE SERVICES, DIABETES PREVENTION, AND CANCER SCREENINGS. OUR SPECIALIZED INITIATIVE FOR THOSE IN SHELTERS AND TRANSITIONAL HOUSING EMPHASIZES HEALTH EDUCATION AND SYSTEM NAVIGATION, ENSURING THAT ALL CAN ACCESS DIGNIFIED, NO-COST PRIMARY CARE.

**4d** Other program services (Describe on Schedule O.)

(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶ 1,633,183.

Form **990** (2024)

432002 12-10-24

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)      CITY ON A HILL, INC.      39-2017873    Page **3**

| **Part IV** | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|
| | | | Yes | No |
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | X | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions | **2** | X | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | X |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| **10** | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi-endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| **b** | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| **c** | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | X | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | X |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions | **17** | | X |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | X |

432003 12-10-24                                                          Form **990** (2024)

Form 990 (2024)      CITY ON A HILL, INC.      39-2017873    Page **4**

## Part IV | Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 | | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | 24a | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties? (See the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c | | X |
| 29 | Did the organization receive more than $25,000 in noncash contributions? *If "Yes," complete Schedule M* | 29 | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | 38 | X | |

## Part V | Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V   ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable | 1a | 3 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable | 1b | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | 1c | X | |

432004 12-10-24                                                Form **990** (2024)

Form 990 (2024)    CITY ON A HILL, INC.              39-2017873    Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | Yes | No |
|---|---|---|---|---|
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return **2a**    28 | | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? | **3a** | | X |
| b | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | **3b** | | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** | | X |
| b | If "Yes," enter the name of the foreign country See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | **5a** | | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | X |
| c | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | **5c** | | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | **6a** | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | **6b** | | |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** | | X |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? | **7b** | | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | **7c** | | X |
| d | If "Yes," indicate the number of Forms 8282 filed during the year **7d** | | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | X |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **7f** | | X |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | |
| 8 | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | **8** | | |
| 9 | **Sponsoring organizations maintaining donor advised funds.** | | | |
| a | Did the sponsoring organization make any taxable distributions under section 4966? | **9a** | | |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | **9b** | | |
| 10 | **Section 501(c)(7) organizations.** Enter: | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 **10a** | | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** | | | |
| 11 | **Section 501(c)(12) organizations.** Enter: | | | |
| a | Gross income from members or shareholders **11a** | | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) **11b** | | | |
| 12a | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year **12b** | | | |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O. | | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans **13b** | | | |
| c | Enter the amount of reserves on hand **13c** | | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? | **14a** | | X |
| b | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | **14b** | | |
| 15 | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | **15** | | X |
| | If "Yes," see the instructions and file Form 4720, Schedule N. | | | |
| 16 | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** | | X |
| | If "Yes," complete Form 4720, Schedule O. | | | |
| 17 | **Section 501(c)(21) organizations.** Did the trust, or any disqualified or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952 or 4953? | **17** | | |
| | If "Yes," complete Form 6069. | | | |

432005  12-10-24                                                 Form **990** (2024)

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)   CITY ON A HILL, INC.   39-2017873   Page **6**

| **Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI ........................................................ ☒

### Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year .............. **1a** | 10 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent .............. **1b** | 9 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | **2** | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? | **3** | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? | **5** | | X |
| 6 | Did the organization have members or stockholders? | **6** | X | |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** | X | |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** | X | |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a | The governing body? | **8a** | X | |
| b | Each committee with authority to act on behalf of the governing body? | **8b** | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* | **9** | | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? | **10a** | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| b | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* | **12c** | X | |
| 13 | Did the organization have a written whistleblower policy? | **13** | X | |
| 14 | Did the organization have a written document retention and destruction policy? | **14** | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official | **15a** | X | |
| b | Other officers or key employees of the organization | **15b** | X | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

### Section C. Disclosure

17   List the states with which a copy of this Form 990 is required to be filed ▶ WI

18   Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
   ☒ Own website   ☐ Another's website   ☒ Upon request   ☐ Other *(explain on Schedule O)*

19   Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20   State the name, address, and telephone number of the person who possesses the organization's books and records
   ARTURO SERNA JR. – (414)931-6670
   2224 W KILBOURN AVE, MILWAUKEE, WI 53233-1614

432006 12-10-24   Form **990** (2024)

Form 990 (2024)  CITY ON A HILL, INC.  39-2017873  Page **7**

## Part VII  Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII ............................................................. ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.
● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.
● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."
● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.
● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.
● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.
See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/ 1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/ 1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  ARTURO SERNA, JR. <br> CHIEF EXECUTIVE OFFICE | 40.00 | X | | X | | | | 112,237. | 0. | 0. |
| (2)  WALTER HARVEY <br> PRESIDENT | 1.00 | X | | X | | | | 1,375. | 0. | 0. |
| (3)  KEITH STANLEY <br> VICE PRESIDENT | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (4)  ROBERT YOUNG <br> SECRETARY | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (5)  ROBERT O'KEEFE <br> TREASURER | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (6)  KAYLA BRADHAM <br> DIRECTOR | 1.00 | X | | | | | | 0. | 0. | 0. |
| (7)  MELANIE GRAY <br> DIRECTOR | 1.00 | X | | | | | | 0. | 0. | 0. |
| (8)  MITCHELL LUECK <br> DIRECTOR | 1.00 | X | | | | | | 0. | 0. | 0. |
| (9)  JASMIN TRESKE <br> DIRECTOR | 1.00 | X | | | | | | 0. | 0. | 0. |
| (10) JAY FISCHER <br> EX-OFFICIO | 1.00 | X | | | | | | 0. | 0. | 0. |

432007  12-10-24

Form **990** (2024)

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)     CITY ON A HILL, INC.          39-2017873    Page **8**

**Part VII** | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/ 1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/ 1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b Subtotal** ............................................... | 113,612. | 0. | 0.
**c Total from continuation sheets to Part VII, Section A** ........................... | 0. | 0. | 0.
**d Total (add lines 1b and 1c)** ...................................... | 113,612. | 0. | 0.

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization      **1**

|  |  | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* .................................................. | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ........................... | **4** | | X |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ....................................... | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address     NONE | (B) Description of services | (C) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization     0

Form **990** (2024)

432008 12-10-24

Form 990 (2024)    CITY ON A HILL, INC.      39-2017873    Page **9**

| Part VIII | Statement of Revenue |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part VIII ......................................................... ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
| --- | --- | --- | --- | --- | --- | --- |
| **1 a** Federated campaigns | 1a | 14,328. | | | | |
| **b** Membership dues | 1b | | | | | |
| **c** Fundraising events | 1c | 3,860. | | | | |
| **d** Related organizations | 1d | 518,231. | | | | |
| **e** Government grants (contributions) | 1e | 2,247,372. | | | | |
| **f** All other contributions, gifts, grants, and similar amounts not included above | 1f | 1,345,250. | | | | |
| **g** Noncash contributions included in lines 1a-1f | 1g $ | 76,734. | | | | |
| **h Total.** Add lines 1a-1f | | | 4,129,041. | | | |

| | Business Code | | | | |
| --- | --- | --- | --- | --- | --- |
| **2 a** COMMUNITY CENTER | 624110 | 170,417. | 170,417. | | |
| **b** TRAINING PROGRAMS | 611710 | 62,079. | 62,079. | | |
| **c** COMMUNITY PROGRAMS | 624110 | 2,487. | 2,487. | | |
| **d** | | | | | |
| **e** | | | | | |
| **f** All other program service revenue | | | | | |
| **g Total.** Add lines 2a-2f | | 234,983. | | | |

| | | | (A) Total revenue | (B) | (C) | (D) |
| --- | --- | --- | --- | --- | --- | --- |
| **3** Investment income (including dividends, interest, and other similar amounts) | | | 16,424. | | | 16,424. |
| **4** Income from investment of tax-exempt bond proceeds | | | | | | |
| **5** Royalties | | | | | | |

| | | (i) Real | (ii) Personal | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **6 a** Gross rents | 6a | | | | | | |
| **b** Less: rental expenses | 6b | | | | | | |
| **c** Rental income or (loss) | 6c | | | | | | |
| **d** Net rental income or (loss) | | | | | | | |

| | | (i) Securities | (ii) Other | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **7 a** Gross amount from sales of assets other than inventory | 7a | | | | | | |
| **b** Less: cost or other basis and sales expenses | 7b | | | | | | |
| **c** Gain or (loss) | 7c | | | | | | |
| **d** Net gain or (loss) | | | | | | | |

| | | | (A) | (B) | (C) | (D) |
| --- | --- | --- | --- | --- | --- | --- |
| **8 a** Gross income from fundraising events (not including $ 3,860. of contributions reported on line 1c). See Part IV, line 18 | 8a | 14,452. | | | | |
| **b** Less: direct expenses | 8b | 0. | | | | |
| **c** Net income or (loss) from fundraising events | | | 14,452. | | | 14,452. |
| **9 a** Gross income from gaming activities. See Part IV, line 19 | 9a | | | | | |
| **b** Less: direct expenses | 9b | | | | | |
| **c** Net income or (loss) from gaming activities | | | | | | |
| **10 a** Gross sales of inventory, less returns and allowances | 10a | 1,517. | | | | |
| **b** Less: cost of goods sold | 10b | 0. | | | | |
| **c** Net income or (loss) from sales of inventory | | | 1,517. | | | 1,517. |

| | Business Code | | | | |
| --- | --- | --- | --- | --- | --- |
| **11 a** OTHER | 900099 | 77,706. | | | 77,706. |
| **b** CASH BACK REWARDS | 900099 | 5,885. | | | 5,885. |
| **c** | | | | | |
| **d** All other revenue | | | | | |
| **e Total.** Add lines 11a-11d | | 83,591. | | | |
| **12 Total revenue.** See instructions | | 4,480,008. | 234,983. | 0. | 115,984. |

432009 12-10-24      Form **990** (2024)

Form 990 (2024)  CITY ON A HILL, INC.  39-2017873  Page **10**

| **Part IX** | **Statement of Functional Expenses** |
|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX .................................................... ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 112,237. | 112,237. | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 978,296. | 464,194. | 363,420. | 150,682. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | 195,819. | 103,280. | 65,416. | 27,123. |
| **10** Payroll taxes | 77,769. | 41,113. | 25,912. | 10,744. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 6,466. | | 6,466. | |
| **c** Accounting | 269,151. | | 269,151. | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Sch O.) | 305,613. | 235,309. | 12,853. | 57,451. |
| **12** Advertising and promotion | 27,344. | | | 27,344. |
| **13** Office expenses | 85,237. | 16,924. | 68,313. | |
| **14** Information technology | 79,657. | 79,657. | | |
| **15** Royalties | | | | |
| **16** Occupancy | 333,823. | 327,142. | 6,681. | |
| **17** Travel | 21,598. | 9,178. | 3,259. | 9,161. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 2,460. | | 2,460. | |
| **20** Interest | 123,345. | | 123,345. | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 112,495. | | 112,495. | |
| **23** Insurance | 196,134. | | 196,134. | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) | | | | |
| **a** PROGRAM AND NUTRITION S | 227,187. | 227,187. | | |
| **b** MEMBERSHIP FEES | 16,962. | 16,962. | | |
| **c** | | | | |
| **d** | | | | |
| **e** All other expenses | | | | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 3,171,593. | 1,633,183. | 1,255,905. | 282,505. |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ☐ if following SOP 98-2 (ASC 958-720) | | | | |

432010 12-10-24

Form **990** (2024)

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)  CITY ON A HILL, INC.  39-2017873  Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X ................................................. ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 121,479. | 1 | 187,207. |
| | 2 | Savings and temporary cash investments | 31,650. | 2 | 108,181. |
| | 3 | Pledges and grants receivable, net | | 3 | 1,895. |
| | 4 | Accounts receivable, net | 448,034. | 4 | 287,687. |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | | 8 | 3,304. |
| | 9 | Prepaid expenses and deferred charges | 54,361. | 9 | 87,205. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  10a  5,162,490. | | | |
| | b | Less: accumulated depreciation  10b  1,625,102. | 1,672,956. | 10c | 3,537,388. |
| | 11 | Investments - publicly traded securities | | 11 | |
| | 12 | Investments - other securities. See Part IV, line 11 | | 12 | |
| | 13 | Investments - program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | | 14 | |
| | 15 | Other assets. See Part IV, line 11 | 21,695. | 15 | 15,020. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | 2,350,175. | 16 | 4,227,887. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 412,855. | 17 | 715,936. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | 1,403. | 19 | 5,193. |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | 433,748. | 23 | 1,017,555. |
| | 24 | Unsecured notes and loans payable to unrelated third parties | 200,000. | 24 | 268,451. |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 707,591. | 25 | 206,391. |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 1,755,597. | 26 | 2,213,526. |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here** ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions | 150,615. | 27 | 1,624,986. |
| | 28 | Net assets with donor restrictions | 443,963. | 28 | 389,375. |
| | | **Organizations that do not follow FASB ASC 958, check here** ☐ **and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 | Total net assets or fund balances | 594,578. | 32 | 2,014,361. |
| | 33 | Total liabilities and net assets/fund balances | 2,350,175. | 33 | 4,227,887. |

Form **990** (2024)

432011 12-10-24

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 30 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Form 990 (2024)  CITY ON A HILL, INC.  39-2017873  Page **12**

## Part XI  Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ........................................ ☐

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 4,480,008. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 3,171,593. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 3 | 1,308,415. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 4 | 594,578. |
| 5 | Net unrealized gains (losses) on investments | 5 | |
| 6 | Donated services and use of facilities | 6 | |
| 7 | Investment expenses | 7 | |
| 8 | Prior period adjustments | 8 | 111,368. |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) | 9 | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 10 | 2,014,361. |

## Part XII  Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ........................................ ☐

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br> ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? **2b** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br> ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? **2c** <br> If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Uniform Guidance, 2 C.F.R. Part 200, Subpart F? **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits **3b** | | |

Form **990** (2024)

432012 12-10-24

| SCHEDULE A | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990)** | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2024** |
| Department of the Treasury Internal Revenue Service | **Attach to Form 990 or Form 990-EZ.** <br> **Go to www.irs.gov/Form990 for instructions and the latest information.** | Open to Public Inspection |

| **Name of the organization** | **Employer identification number** |
|---|---|
| CITY ON A HILL, INC. | 39-2017873 |

**Part I** | **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

**10** ☒ An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations ................................................................................ [       ]

**g** Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1-10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** 432021 01-14-25 **Schedule A (Form 990) 2024**

Schedule A (Form 990) 2024    CITY ON A HILL, INC.      39-2017873   **Page 2**

| **Part II** | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4 Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6 Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| **11 Total support.** Add lines 7 through 10 | | | | | | |

**12** Gross receipts from related activities, etc. (see instructions) .............................................. | **12** | |

**13 First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** .......................................................................................... ☐

### Section C. Computation of Public Support Percentage

**14** Public support percentage for 2024 (line 6, column (f), divided by line 11, column (f)) ................ | **14** | % |

**15** Public support percentage from 2023 Schedule A, Part II, line 14 ........................................... | **15** | % |

**16a 33 1/3% support test - 2024.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ...................................................................... ☐

  **b 33 1/3% support test - 2023.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ........................................................... ☐

**17a 10% -facts-and-circumstances test - 2024.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization .............................................. ☐

  **b 10% -facts-and-circumstances test - 2023.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization .............................................. ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ............... ☐

**Schedule A (Form 990) 2024**

432022 01-14-25

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Schedule A (Form 990) 2024    CITY ON A HILL, INC.     39-2017873   Page **3**

**Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)**

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 1297052. | 1478560. | 1450612. | 2346955. | 3712907. | 10286086. |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 255,701. | 247,263. | 296,308. | 291,550. | 849,967. | 1940789. |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | 3,482. | 3,346. | 12,702. | 22,220. | 595,155. | 636,905. |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | 1556235. | 1729169. | 1759622. | 2660725. | 5158029. | 12863780. |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0. |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | 0. |
| **c** Add lines 7a and 7b | | | | | | 0. |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 12863780. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 1556235. | 1729169. | 1759622. | 2660725. | 5158029. | 12863780. |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 86. | 80. | 705. | 3,763. | 16,424. | 21,058. |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 86. | 80. | 705. | 3,763. | 16,424. | 21,058. |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) | 1556321. | 1729249. | 1760327. | 2664488. | 5174453. | 12884838. |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** .......................................................... ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2024 (line 8, column (f), divided by line 13, column (f)) | **15** | 99.84 | % |
| **16** Public support percentage from 2023 Schedule A, Part III, line 15 | **16** | 99.95 | % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2024** (line 10c, column (f), divided by line 13, column (f)) | **17** | .16 | % |
| **18** Investment income percentage from **2023** Schedule A, Part III, line 17 | **18** | .05 | % |

**19a** **33 1/3% support tests - 2024.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ...................................... ☒

**b** **33 1/3% support tests - 2023.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ................. ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ..................... ☐

432023 01-14-25         **Schedule A (Form 990) 2024**

Schedule A (Form 990) 2024     **CITY ON A HILL, INC.**     39-2017873   Page **4**

| Part IV | Supporting Organizations |
|---|---|

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in* **Part VI** *how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in* **Part VI** *when and how the organization made the determination.* | **3b** | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in* **Part VI** *what controls the organization put in place to ensure such use.* | **3c** | | |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes," and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in* **Part VI** *how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in* **Part VI,** *including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| b | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| c | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in* **Part VI.** | **6** | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990).* | **7** | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* | **8** | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in* **Part VI.** | **9a** | | |
| b | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in* **Part VI.** | **9b** | | |
| c | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in* **Part VI.** | **9c** | | |
| 10a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| b | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* | **10b** | | |

432024 01-14-25                                        **Schedule A (Form 990) 2024**

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

| Part IV | Supporting Organizations *(continued)* |
|---|---|

|  | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on line 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to line 11a, 11b, or 11c, provide detail in* **Part VI.** | **11c** | |

## Section B. Type I Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | **2** | |

## Section C. Type II Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

## Section D. All Type III Supporting Organizations

|  | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described on line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's supported organizations played in this regard.* | **3** | |

## Section E. Type III Functionally Integrated Supporting Organizations

|  | |
|---|---|
| **1** | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** |
| **a** | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* |
| **c** | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a governmental entity (see instructions).* |

|  | | Yes | No |
|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | |
| **a** | *Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? If "Yes," then in* **Part VI identify those supported organizations and explain** *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | |
| **b** | Did the activities described on line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? If "Yes" or "No," provide details in **Part VI**. | **3a** | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? If "Yes," describe in **Part VI** the role played by the organization in this regard. | **3b** | |

 Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 36 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Schedule A (Form 990) 2024     CITY ON A HILL, INC.     39-2017873   **Page 6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 ( *explain in* **Part VI**). **See instructions.**
All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | 1 | | |
| **2** Recoveries of prior-year distributions | 2 | | |
| **3** Other gross income (see instructions) | 3 | | |
| **4** Add lines 1 through 3. | 4 | | |
| **5** Depreciation and depletion | 5 | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** Other expenses (see instructions) | 7 | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | 1a | | |
| **b** Average monthly cash balances | 1b | | |
| **c** Fair market value of other non-exempt-use assets | 1c | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** **Discount** claimed for blockage or other factors (*explain in detail in* **Part VI**): | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** Subtract line 2 from line 1d. | 3 | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** Multiply line 5 by 0.035. | 6 | | |
| **7** Recoveries of prior-year distributions | 7 | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, column A) | 1 | | |
| **2** Enter 0.85 of line 1. | 2 | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, column A) | 3 | | |
| **4** Enter greater of line 2 or line 3. | 4 | | |
| **5** Income tax imposed in prior year | 5 | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**Schedule A (Form 990) 2024**

432026 01-14-25

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

## Part V   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

**Section D - Distributions**

| | | | Current Year |
|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (prior IRS approval required - *provide details in* **Part VI**) | 5 | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* **Part VI**). See instructions. | 8 | |
| 9 | Distributable amount for 2024 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by line 9 amount | 10 | |

| **Section E - Distribution Allocations** (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2024 | (iii) Distributable Amount for 2024 |
|---|---|---|---|
| 1   Distributable amount for 2024 from Section C, line 6 | | | |
| 2   Underdistributions, if any, for years prior to 2024 (reasonable cause required - *explain in* **Part VI**). See instructions. | | | |
| 3   Excess distributions carryover, if any, to 2024 | | | |
| a   From 2019 | | | |
| b   From 2020 | | | |
| c   From 2021 | | | |
| d   From 2022 | | | |
| e   From 2023 | | | |
| f   **Total** of lines 3a through 3e | | | |
| g   Applied to under distributions of prior years | | | |
| h   Applied to 2024 distributable amount | | | |
| i   Carryover from 2019 not applied (see instructions) | | | |
| j   Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4   Distributions for 2024 from Section D, line 7:   $ | | | |
| a   Applied to underdistributions of prior years | | | |
| b   Applied to 2024 distributable amount | | | |
| c   Remainder. Subtract lines 4a and 4b from line 4. | | | |
| 5   Remaining underdistributions for years prior to 2024, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in* **Part VI.** See instructions. | | | |
| 6   Remaining underdistributions for 2024. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in* **Part VI**. See instructions. | | | |
| 7   **Excess distributions carryover to 2025.** Add lines 3j and 4c. | | | |
| 8   Breakdown of line 7: | | | |
| a   Excess from 2020 | | | |
| b   Excess from 2021 | | | |
| c   Excess from 2022 | | | |
| d   Excess from 2023 | | | |
| e   Excess from 2024 | | | |

**Schedule A (Form 990) 2024**

432027 01-14-25

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 39 of 64

| SCHEDULE D | Supplemental Financial Statements | |
|---|---|---|
| **(Form 990)** | | OMB No. 1545-0047 |
| (Rev. December 2024) | **Complete if the organization answered "Yes" on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.** | |
| Department of the Treasury Internal Revenue Service | **Attach to Form 990.** Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| CITY ON A HILL, INC. | 39-2017873 |

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ....................................... ☐ Yes ☐ No

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ..................................................................................... ☐ Yes ☐ No

**Part II** **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).
- ☐ Preservation of land for public use (for example, recreation or education)
- ☐ Protection of natural habitat
- ☐ Preservation of open space
- ☐ Preservation of a historically important land area
- ☐ Preservation of a certified historic structure

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | | Held at the End of the Tax Year |
|---|---|---|---|
| **a** | Total number of conservation easements | **2a** | |
| **b** | Total acreage restricted by conservation easements | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included on line 2a | **2c** | |
| **d** | Number of conservation easements included on line 2c acquired after July 25, 2006, and not on a historic structure listed in the National Register | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year _____

**4** Number of states where property subject to conservation easement is located _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? .................................................................... ☐ Yes ☐ No

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
_____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
_____

**8** Does each conservation easement reported on line 2d above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ......................................................................................................... ☐ Yes ☐ No

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items.

   **(i)** Revenue included on Form 990, Part VIII, line 1 .................................................................... $ _____

   **(ii)** Assets included in Form 990, Part X .................................................................................... $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

   **a** Revenue included on Form 990, Part VIII, line 1 ......................................................................... $ _____

   **b** Assets included in Form 990, Part X ......................................................................................... $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.** **Schedule D (Form 990) (Rev. 12-2024)**

LHA    432051 01-02-25

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Schedule D (Form 990) (Rev. 12-2024) CITY ON A HILL, INC.      39-2017873   Page **2**

## Part III   Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply).

- **a** ☐ Public exhibition
- **b** ☐ Scholarly research
- **c** ☐ Preservation for future generations
- **d** ☐ Loan or exchange program
- **e** ☐ Other _____

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ☐ Yes ☐ No

## Part IV   Escrow and Custodial Arrangements   Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian, or other intermediary for contributions or other assets not included on Form 990, Part X? ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII ☐

## Part V   Endowment Funds   Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance | | | | | |
| **b** | Contributions | | | | | |
| **c** | Net investment earnings, gains, and losses | | | | | |
| **d** | Grants or scholarships | | | | | |
| **e** | Other expenditures for facilities and programs | | | | | |
| **f** | Administrative expenses | | | | | |
| **g** | End of year balance | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment _____ %

**b** Permanent endowment _____ %

**c** Term endowment _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations? | **3a(i)** | | |
| **(ii)** Related organizations? | **3a(ii)** | | |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI   Land, Buildings, and Equipment

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land | | 357,300. | | 357,300. |
| **b** Buildings | | 1,987,067. | 1,170,143. | 816,924. |
| **c** Leasehold improvements | | | | |
| **d** Equipment | | 574,353. | 454,959. | 119,394. |
| **e** Other | | 2,243,770. | | 2,243,770. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, line 10c, column (B))* | | | | 3,537,388. |

Schedule D (Form 990) (Rev. 12-2024)

432052 01-02-25

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 41 of 64

Schedule D (Form 990) (Rev. 12-2024) CITY ON A HILL, INC. 39-2017873 Page **3**

## Part VII | Investments - Other Securities

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives ............................... | | |
| (2) Closely held equity interests ............................... | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Col. (b) must equal Form 990, Part X, line 12, col. (B)) | | |

## Part VIII | Investments - Program Related.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Col. (b) must equal Form 990, Part X, line 13, col. (B)) | | |

## Part IX | Other Assets

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, line 15, col. (B)) | |

## Part X | Other Liabilities

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

**1.**

| (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) SECURITY DEPOSITS | 11,650. |
| (3) DISTRICT COUNCIL OF THE ASSEMBLIES OF GOD | 246,000. |
| (4) LEASE LIABILITY | 15,846. |
| (5) REFUNDABLE ADVANCE | -67,105. |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, line 25, col. (B)) | 206,391. |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ... **X**

Schedule D (Form 990) (Rev. 12-2024)

432053 01-02-25

Schedule D (Form 990) (Rev. 12-2024) CITY ON A HILL, INC.                                      39-2017873  Page **4**

| Part XI | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | |
| **b** | Donated services and use of facilities | **2b** | |
| **c** | Recoveries of prior year grants | **2c** | |
| **d** | Other (Describe in Part XIII.) | **2d** | |
| **e** | Add lines 2a through 2d | **2e** | |
| **3** | Subtract line 2e from line 1 | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | |
| **b** | Other (Describe in Part XIII.) | **4b** | |
| **c** | Add lines 4a and 4b | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | **5** | |

| Part XII | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities | **2a** | |
| **b** | Prior year adjustments | **2b** | |
| **c** | Other losses | **2c** | |
| **d** | Other (Describe in Part XIII.) | **2d** | |
| **e** | Add lines 2a through 2d | **2e** | |
| **3** | Subtract line 2e from line 1 | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | |
| **b** | Other (Describe in Part XIII.) | **4b** | |
| **c** | Add lines 4a and 4b | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | **5** | |

| Part XIII | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART X, LINE 2:
THE ORGANIZATION IS A NOT-FOR-PROFIT CORPORATION AS DESCIBED IN SECTION
501(C)(3) OF THE INTERNAL REVENUE CODE AND IS EXEMPT FROM FEDERAL INCOME
TAXES ON RELATED INCOME PURSUANT TO SECTION 501(A) OF THE CODE. THE
ORGANIZATION EVALUATES ITS TAX POSITIONS AND ASSESSES THEIR UNCERTAINTY,
IF ANY, THROUGH REVIEW AND APPLICATION OF VARIOUS SOURCES OF TAX AUTHORITY
INCLUDING STATUTES, REGULATIONS, RULINGS, COURT CASES AND WIDELY HELD
ADMINISTRATIVE PRACTICES.
THE ORGANIZATION'S INFORMATIONAL RETURNS ARE SUBJECT TO EXAMINATION BY THE
IRS, GENERALLY FOR THREE YEARS AFTER THEY WERE FILED. MANAGEMENT BELIEVES
THAT NO UNCERTAIN TAX POSITIONS EXIST FOR THE ORGANZIATION. THE
ORGANIZATION HAS NOT INCRRED ANY INTEREST OR PENALTIES FOR INCOME TAXES.

432054 01-02-25                                                                 Schedule D (Form 990) (Rev. 12-2024)

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part XIII** | **Supplemental Information** *(continued)*

432055  01-02-25

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 44 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part XIII** | **Supplemental Information** *(continued)*

432055 01-02-25

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 45 of 64

| SCHEDULE M (Form 990) | **Noncash Contributions** | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Complete if the organizations answered "Yes" on Form 990, Part IV, line 29 or 30. Attach to Form 990. Go to www.irs.gov/Form990 for instructions and the latest information. | **2024** Open to Public Inspection |

Name of the organization: CITY ON A HILL, INC.

Employer identification number: 39-2017873

## Part I — Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | X | | 30,710. | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | | | | |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution - Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ( FURNITURE & FIX ) | X | 0 | 32,000. | FMV |
| 26 | Other ( YOUTH SUPPLIES ) | X | 0 | 7,447. | FMV |
| 27 | Other ( HEALTH SUPPLIES ) | X | 0 | 5,376. | FMV |
| 28 | Other ( ) | | | | |

29 Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part V, Donee Acknowledgement ......... **29**

| | | Yes | No |
|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported on Part I, lines 1 through 28, that it must hold for at least 3 years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? | **30a** | X |
| b | If "Yes," describe the arrangement in Part II. | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | **31** | X |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? | **32a** | X |
| b | If "Yes," describe in Part II. | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.** **Schedule M (Form 990) 2024**

LHA   432141 11-15-24

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Schedule M (Form 990) 2024   CITY ON A HILL, INC.     39-2017873    Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |
| --- | --- |

432142 01-18-25                                                **Schedule M (Form 990) 2024**

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 47 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**SCHEDULE O**
**(Form 990)**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on**
**Form 990 or 990-EZ or to provide any additional information.**
**Attach to Form 990 or Form 990-EZ.**
**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| CITY ON A HILL, INC. | 39-2017873 |

FORM 990, PART III, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:
ARRAY OF YOUTH PROGRAMS; AND 3) TO ENGAGE OTHERS IN SOLUTIONS TO URBAN
POVERTY BY PROVIDING OPPORTUNITIES TO SERVE, AND TRAINING ON POVERTY
AND RACIAL JUSTICE.

FORM 990, PART VI, SECTION A, LINE 6:
THE ORGANIZATION'S MEMBERS ARE THOSE INDIVIDUALS CONSTITUTING THE BOARD OF
PRESBYTERS OF THE WISCONSIN NORTHERN MICHIGAN DISTRICT COUNCIL OF THE
ASSEMBLIES OF GOD. RIGHTS OF MEMBERS ARE AS FOLLOWS:
(A) MEMBERS SHALL HAVE NO RESPONSIBILITIES AND VOTING RIGHTS ON ANY MATTER
EXCEPT AS SPECIFICALLY SET FORTH HEREIN.
(B) ANY VOTING RIGHTS SPECIFIED HEREIN SHALL BE EXERCISED ONLY BY THE
MEMBERS ACTING AS A WHOLE, AND NOT BY CLASSES, AND BY A TWO-THIRD (2/3)
MAJORITY OF THE CORPORATION'S VOTING MEMBERS, EXCEPT AS OTHERWISE
SPECIFICALLY PROVIDED. EACH MEMBER SHALL BE ENTITLED TO ONE VOTE ON ANY
MATTER SUBMITTED TO A VOTE OF THE MEMBERS.
(C) THE ONLY MATTERS AS TO WHICH THE MEMBERS SHALL HAVE ANY VOTING RIGHTS
ARE AS FOLLOWS:
(1) AMENDMENT OF THE ARTICLES OF INCORPORATION OR BYLAWS OF THE
CORPORATION;
(2) ADHERENCE TO THE PRINCIPLES, PRACTICES AND TENETS OF FAITH OF THE
ASSEMBLIES OF GOD;
(3) REMOVAL OF DIRECTORS IN ACCORDANCE WITH ARTICLE III, SECTION 4;
(4) APPROVAL TO HIRE OR DISMISS AN EXECUTIVE DIRECTOR; AND
(5) APPROVAL OF MERGERS AND DISSOLUTIONS.

FORM 990, PART VI, SECTION A, LINE 7A:
THE ORGANIZATION'S MEMBERS ANNUALLY APPOINT ONE DIRECTOR TO THE GOVERNING
BODY FOR A ONE-YEAR TERM AND HAVE POWER TO REMOVE A DIRECTOR IF DEEMED
NECESSARY.

FORM 990, PART VI, SECTION A, LINE 7B:
THE ORGANZIATION'S MEMBERS APPROVE AMENDMENTS TO THE ORGANIZING OR
GOVERNING DOCUMENTS, HIRING OR DISMISSAL OF THE EXCUTIVE DIRECTOR, REMOVAL
OF DIRECTORS, MERGERS AND DISSOLUTION.

FORM 990, PART VI, SECTION B, LINE 11B:
THE PREPARED FORM 990 IS REVIEWED BY THE ORGANIZATION'S EXECUTIVE DIRECTOR
AND ACCOUNTANT AND IS PRESENTED TO THE MEMBERS OF THE GOVERNING BODY FOR
APPROVAL BEFORE THE RETURN IS FILED WITH THE IRS.

FORM 990, PART VI, SECTION B, LINE 12C:
NO MEMBER OF CITY ON A HILL'S GOVERNING BOARD OR THE TOP MANAGEMENT
OFFICIAL MAY PARTICIPATE IN ANY DISCUSSION OR VOTE ON ANY MATTER IN WHICH
HE OR SHE HAS A POTENTIAL CONFLICT OF INTEREST DUE TO A MATERIAL ECONOMIC
INVOLVEMENT REGARDING THE MATTER BEING DISCUSSED, WHETHER PERSONALLY, AS A
FAMILY MEMBER, OR AS A REPRESENTATIVE OF ANOTHER ORGANIZATION. WHEN SUCH A
SITUATION PRESENTS ITSELF, THE INDIVIDUAL MUST ANNOUNCE THE POTENTIAL
CONFLICT, DISQUALIFY HIMSELF OR HERSELF, AND BE EXCUSED FROM THE MEETING
UNTIL DISCUSSION ON THE MATTER INVOLVED IS OVER. THE CHAIR IS EXPECTED TO
MAKE INQUIRY IF SUCH CONFLICT APPEARS TO EXIST, SUCH AS IN THE AREAS OF
EMPLOYMENT, PARTNERSHIPS, OR CONTRACTS AND THE PERSON HAS NOT MADE IT

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**

**Schedule O (Form 990) (Rev. 12-2024)**

LHA    432211 01-15-25

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

| Name of the organization | Employer identification number |
|---|---|
| CITY ON A HILL, INC. | 39-2017873 |

KNOWN. THE MINUTES OF THE MEETING REFLECT THE ACTION TAKEN TO IDENTIFY AND ADDRESS THE POTENTIAL CONFLICT OF INTEREST. TO COMMUNICATE AND ENFORCE THIS POLICY, POTENTIAL DIRECTORS ARE REQUIRED TO SIGN A CONFLICT OF INTEREST STATEMENT BEFORE THEY STAND FOR ELECTION. CONTINUING DIRECTORS AND THE TOP MANAGEMENT OFFICIAL ARE REQUIRED TO SIGN A STATEMENT EACH YEAR OF THEIR SERVICE. IN THIS STATEMENT, THE DIRECTORS AND THE TOP MANAGEMENT OFFICIAL IDENTIFY ORGANIZATIONS IN WHICH THEY CURRENTLY HOLD GOVERNANCE OR STAFF POSITIONS AND ATTEST TO THE FACT THAT THEY HAVE NOT ENGAGED IN ANY TRANSACTION OR ACTIVITY THAT RESULTED IN PERSONAL BENEFIT. THE CONFLICT OF INTEREST POLICY IS REVIEWED AT LEAST ANNUALLY DURING THE ORIENTATION AND THE EVALUATION OF THE MEMBERS OF THE GOVERNING BOARD.

FORM 990, PART VI, SECTION B, LINE 15:
THE COMPENSATION OF THE TOP MANAGEMENT OFFICIAL IS ANNUALLY REVIEWED AND APPROVED BY THE MEMBERS OF THE GOVERNING BODY. THE COMPENSATION PACKAGE, INCLUDING BASE SALARY, BENEFITS, AND ANY BONUSES, IS DETERMINED BY THE COMPENSATION COMMITTEE, WHICH IS COMPRISED OF INDEPENDENT DIRECTORS WHO DO NOT HAVE ANY PERSONAL INTEREST IN THE COMPENSATION ARRANGEMENT. EACH TIME THE COMPENSATION PACKAGE CHANGES MATERIALLY, THE COMMITTEE OBTAINS COMPARABILITY DATA FOR THE POSITION. THE DATA MAY BE BASED ON INDUSTRY SURVEYS, THE COMPENSATION OF PERSONS HOLDING SIMILAR POSITIONS AT SIMILAR ORGANIZATIONS AS REPORTED ON THE FORM 990 OF THESE ORGANIZATIONS, EXPERT COMPENSATION STUDIES, OR OTHER COMPARABLE DATA. THE COMPENSATION COMMITTEE DOCUMENTS THE BASIS FOR ITS DETERMINATION CONCURRENTLY WITH THE APPROVAL OF THE COMPENSATION PACKAGE, INCLUDING THE TERMS OF THE APPROVED TRANSACTION AND THE DATE APPROVED, THE MEMBERS OF THE COMMITTEE WHO VOTED ON THE DECISION, THE COMPARABILITY DATA THAT WAS RELIED ON BY THE COMMITTEE, AND HOW THE DATA WAS OBTAINED. THE PROCESS DESCRIBED HERE WAS LAST COMPLETED IN 2023.

FORM 990, PART VI, SECTION C, LINE 19:
THE ORGANIZATION MADE ITS GOVERNING DOCUMENTS, CONFLICT OF INTEREST POLICY AND FINANCIAL STATEMENTS AVAILABLE TO THE PUBLIC UPON REQUEST. THE ORGANIZATION'S WEBSITE ALSO PROVIDES INFORMATION ABOUT HOW TO MAKE A REQUEST FOR THIS INFORMATION.

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 49 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

Name of the organization

CITY ON A HILL, INC.

**Employer identification number**
39-2017873

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 50 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**SCHEDULE R**
**(Form 990)**

(Rev. January 2025)
Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.

Attach to Form 990.

Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**Open to Public Inspection**

Name of the organization
**CITY ON A HILL, INC.**

Employer identification number
**39-2017873**

Case 25-26829-kmp   Doc 1   Filed 12/05/25   Page 51 of 64

**Part I** | **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Part II** | **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| WISCONSIN NORTHERN MICHIGAN DISTRICT COUNCIL OF THE ASSEMBLIES OF GOD - 39-0, 1340 BERLIN STREET, WAUPACA, WI  54981 | SERVICES TO MEMBER CHURCHES AND ORGANIZATIONS | WISCONSIN | 501(C)(3) | LINE 1 | N/A | | X |
| | | | | | | | |
| | | | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule R (Form 990) (Rev. 1-2025)**

LHA    432161  10-23-24

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part III** | **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes | No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Part IV** | **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Case 25-26829-kmp   Doc 1   Filed 12/05/25   Page 52 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part V**    **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | | Yes | No |
|---|---|---|---|---|
| 1 | During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| a | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | 1a | | X |
| b | Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| c | Gift, grant, or capital contribution from related organization(s) | 1c | X | |
| d | Loans or loan guarantees to or for related organization(s) | 1d | | X |
| e | Loans or loan guarantees by related organization(s) | 1e | X | |
| f | Dividends from related organization(s) | 1f | | X |
| g | Sale of assets to related organization(s) | 1g | | X |
| h | Purchase of assets from related organization(s) | 1h | | X |
| i | Exchange of assets with related organization(s) | 1i | | X |
| j | Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| k | Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| l | Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| m | Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| n | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | | X |
| o | Sharing of paid employees with related organization(s) | 1o | | X |
| p | Reimbursement paid to related organization(s) for expenses | 1p | | X |
| q | Reimbursement paid by related organization(s) for expenses | 1q | | X |
| r | Other transfer of cash or property to related organization(s) | 1r | | X |
| s | Other transfer of cash or property from related organization(s) | 1s | | X |

2   If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a)<br>Name of related organization | (b)<br>Transaction type (a-s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| (1) WISCONSIN NORTHERN MICHIGAN DISTRICT COUNCIL OF THE ASSEMBLIES OF GOD | C | 23,974. | CASH |
| (2) WISCONSIN NORTHERN MICHIGAN DISTRICT COUNCIL OF THE ASSEMBLIES OF GOD | E | 246,000. | FMV |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |

432163  10-23-24                                                  **Schedule R (Form 990) (Rev. 1-2025)**

Case 25-26829-kmp   Doc 1   Filed 12/05/25   Page 53 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part VI**    **Unrelated Organizations Taxable as a Partnership.**   Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners sec. 501(c)(3) orgs.? Yes | No | (f) Share of total income | (g) Share of end-of-year assets | (h) Dispropor-tionate allocations? Yes | No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

432164 10-23-24

Case 25-26829-kmp   Doc 1   Filed 12/05/25   Page 54 of 64

Docusign Envelope ID: E615BC36-D18C-4B1C-B007-B0C86F770037

**Part VII** | Supplemental Information

Provide additional information for responses to questions on Schedule R. See instructions.

Fill in this information to identify the case:

Debtor name **City on a Hill, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abeja Solutions, LLC 35640 N. 11th Avenue Phoenix, AZ 85086** | | **Trade Creditor** | | | | **$27,748.98** |
| **American Express PO Box 650448 Dallas, TX 75265-0448** | | **Line of Credit ($67,639.33) and Credit Card ($35,795.38)** | | | | **$103,434.71** |
| **Anesis Therapy 815 Forward Drive Madison, WI 53711** | | **Service Provider** | | | | **$23,929.50** |
| **Bader Philanthropies, Inc. 3300 N. Martin Luther King Jr. Drive Milwaukee, WI 53212** | | **Unsecured Term Loan (Maturity Date: January 17, 2032)** | | | | **$350,000.00** |
| **Berghammer Construction 4750 N. 132nd Street Butler, WI 53007** | | **Trade Creditor** | | | | **$40,097.50** |
| **Bonterra EveryAction 10801-2 N. Mopac Expy, Suite 300 Austin, TX 78759** | | **Service Provider** | | | | **$13,323.92** |
| **Capital One 1680 Capital One Drive Mc Lean, VA 22102** | | **Credit Card** | | | | **$30,243.39** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CFG Merchant Solutions, LLC 180 Maiden Lane, 15th Floor New York, NY 10038** | | **Future Receipts; UCC Financing Statement appears to relate to agreement, but financing statement was filed by CSC "As Representative"** | **Unliquidated** | **$57,947.00** | **$0.00** | **$57,947.00** |
| **City of Milwaukee Office of the City Treasurer 200 E. Wells Street, Room 103 Milwaukee, WI 53202** | | **Property Taxes** | | | | $25,380.61 |
| **City of Milwaukee - Water Works 841 N. Broadway, 4th Floor Milwaukee, WI 53202** | | **Water Utility** | | | | $43,140.94 |
| **CliftonLarsenAllen LLP 10401 W. Innovation Drive, Suite 300 Milwaukee, WI 53226** | | **Unpaid Accounting Invoices for Audit** | **Unliquidated** | | | $16,500.00 |
| **Divvy 13707 S. 200 West, Suite 100 Draper, UT 84020** | | **Unsecured Loan** | | | | $23,500.00 |
| **Harmony Housing Advisors, Inc. 6629 Spring Street Douglasville, GA 30134** | | **Amounts due to co-debtor for Condo Insurance Liability Policy** | | | | $75,000.00 |
| **Milwaukee Academy of Science 2000 W. Kilbourn Avenue Milwaukee, WI 53233** | | **Electric Utility (Paid through MAS based on condo structure)** | | | | $135,472.53 |
| **Mortle Trucking Inc. 1331 S. 27th Street Caledonia, WI 53108** | | **Trade Creditor** | | | | $22,914.87 |
| **National Educational Energy Cooperative 101 W. Grand Avenue, Suite 325 Chicago, IL 60654** | | **Gas Utility** | | | | $58,754.16 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pearl Capital Business Funding, LLC d/b/a Saturn Encore Funding 55 Almeria Ave, 2nd Floor Miami, FL 33134** | | **Future Receipts; UCC Financing Statement appears to relate to agreement, but finacning statemetn was filed by CSC "As Representative"** | **Unliquidated** | **$39,400.00** | **$0.00** | **$39,400.00** |
| **Stamm Tech 1207 W. Canal Street Milwaukee, WI 53233** | | **Trade Creditor** | | | | **$68,844.97** |
| **The Fundworks, LLC 299 South Main Street, Suite 1300 Salt Lake City, UT 84111** | | **General Business Security Agreement (Status of Perfection Unclear based on UCC Filings)** | **Unliquidated** | **$329,573.84** | **$0.00** | **$329,573.84** |
| **Wisconsin and Northern Michigan District Council of the Assemblies of God 1340 Berlin Street Waupaca, WI 54981** | | **Business Loan ($246,000) and Bridge Loan ($122,000)** | | | | **$368,000.00** |

Case 25-26829-kmp    Doc 1    Filed 12/05/25    Page 58 of 64

Abeja Solutions, LLC
35640 N. 11th Avenue
Phoenix, AZ 85086

American Express
PO Box 650448
Dallas, TX 75265-0448

Amundsen Davis
Attn: Lawrence J. Glusman
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202

Anesis Therapy
815 Forward Drive
Madison, WI 53711

Arturo Serna, Jr.
2765 N. 88th Street
Milwaukee, WI 53222

Bader Philanthropies, Inc.
3300 N. Martin Luther King Jr. Drive
Milwaukee, WI 53212

Batzner Pest Control Inc
16948 W. Victor Road
New Berlin, WI 53151

Berghammer Construction
4750 N. 132nd Street
Butler, WI 53007

BILL Credit Card
6220 America Center Drive, Suite 100
Alviso, CA 95002

BMO Bank, N.A.
111 W. Monroe Street
Chicago, IL 60603

Bonterra EveryAction
10801-2 N. Mopac Expy, Suite 300
Austin, TX 78759

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Care Net Pregnancy Center of Milwaukee
4957 W. Fond du Lac Avenue
Milwaukee, WI 53216

CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Floor
New York, NY 10038

City of Milwaukee
Office of the City Treasurer
200 E. Wells Street, Room 103
Milwaukee, WI 53202

City of Milwaukee - Water Works
841 N. Broadway, 4th Floor
Milwaukee, WI 53202

City on a Hill Employees
2224 W. Kilbourn Avenue
Milwaukee, WI 53233

CliftonLarsenAllen LLP
10401 W. Innovation Drive, Suite 300
Milwaukee, WI 53226

Congregation Apparel
424 Oakton Avenue
Pewaukee, WI 53072

Corporation Service Company, As Rep.
PO Box 2576
Springfield, IL 62703

Dell Financial Services LLC
One Dell Way
Round Rock, TX 78682

Divvy
13707 S. 200 West, Suite 100
Draper, UT 84020

EquipmentShare
11721 W. Carmen Avenue
Milwaukee, WI 53225

Green Horizon Lawn Service
2765 N. 88th Street
Milwaukee, WI 53222

Hall Stewardship Strategies
1919 Manor Drive
South Beloit, IL 61080

Harmony Housing Advisors, Inc.
6629 Spring Street
Douglasville, GA 30134

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

J.F. Ahern Co.
855 Morris Street
Fond Du Lac, WI 54935

Julie Bonner, M.D.
2025 E. Newport Ave
Milwaukee, WI 53211

Kohn Law Firm, S.C.
735 N. Water Street, Ste 1300
Milwaukee, WI 53202-4100

KW Electric, Inc.
N5875 County Road M
Plymouth, WI 53073

Labcorp
531 Spring Street
Burlington, NC 27215

LEAF Capital Funding, LLC
2005 Market Street
14th Floor
Philadelphia, PA 19103

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Lifelong Healthy Smiles, LLC
603 Kings Court
Cascade, WI 53011

Lifelong Healthy Smiles, LLC
W8993 County Road SS
Adell, WI 53001

Marco/GreatAmerica Financial Services
625 First St. SE
Cedar Rapids, IA 52401

Mared Mechanical Contractors Corporation
W128N8600 Old Orchard Road
Menomonee Falls, WI 53051

Milwaukee Academy of Science
2000 W. Kilbourn Avenue
Milwaukee, WI 53233

Milwaukee Economic Development Corp.
757 N. Broadway, Suite 600
Milwaukee, WI 53202

Milwaukee Magazine
1345 N. Jefferson Street, Suite 307
Milwaukee, WI 53202

Mortle Trucking Inc.
1331 S. 27th Street
Caledonia, WI 53108

MRA - The Trusted HR Experts
N19W24350 Riverwood Drive
Waukesha, WI 53188

MRI Software
28925 Fountain Parkway
Solon, OH 44139

MWH Law Group
735 N. Water Street, Suite 610
Milwaukee, WI 53202

National Educational Energy Cooperative
101 W. Grand Avenue, Suite 325
Chicago, IL 60654

Noffke Roofing Co., LLC
10341 N. Granville Road
Mequon, WI 53097

Norma F. Reyes
1811 S. 54th Street
Milwaukee, WI 53214

Patterson Companies
1031 Mendota Heights Road
Saint Paul, MN 55120

Pearl Capital Business Funding, LLC
d/b/a Saturn Encore Funding
55 Almeria Ave, 2nd Floor
Miami, FL 33134

Schindler Elevator Corporation
W136N4863 Campbell Drive
Menomonee Falls, WI

Securitas Technology
W226 N665 Eastmont Drive, Suite 115
Waukesha, WI 53186

ServPro of Milwaukee North
N92W15600 Megal Drive
Menomonee Falls, WI 53051

Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

Stamm Tech
1207 W. Canal Street
Milwaukee, WI 53233

Tellurium
620 Rainer Road
Charlottesville, VA 22903

The Fundworks, LLC
299 South Main Street, Suite 1300
Salt Lake City, UT 84111

US Bank
PO Box 790408
Saint Louis, MO 63179

von Briesen & Roper SC
411 E. Wisconsin Ave, Ste 1000
Milwaukee, WI 53202-4409

Wis. Department of Workforce Development
P.O. Box 7946
Madison, WI 53707

Wisconsin and Northern Michigan District
Council of the Assemblies of God
1340 Berlin Street
Waupaca, WI 54981

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re **City on a Hill, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **City on a Hill, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Debtor is a Non-Stock Corporation under Wis. Stat. ch. 181 and has no stock.**

**However, its members are the members of the Board of Presbyters of the Wisconsin and Northern Michigan District Council of the Assemblies of God**
**See Wis. Stat. ch. 181, subch. VI**

☐ None [*Check if applicable*]

**December 5, 2025**

Date

**/s/ Paul G. Swanson**

**Paul G. Swanson 1007861**

Signature of Attorney or Litigant
Counsel for **City on a Hill, Inc.**
**SWANSON SWEET LLP**

**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**
**pswanson@swansonsweet.com**