**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

In re:   City on a Hill, Inc.                                    Chapter 11 (Subchapter V)

            Debtor.                                    Case No.  Case No. 25-26829-kmp

---

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Lawrence J. Glusman of Amundsen Davis, LLC has been retained by and appears on behalf of Creditor, Milwaukee Economic Development Corporation, in the above-entitled matter, and requests that all further notices, pleadings or other communications be directed to the undersigned:

Lawrence J. Glusman, Esq.
Amundsen Davis, LLC
111 East Kilbourn Avenue – Suite 1400
Milwaukee, WI  53202
E-Mail: lglusman@amundsendavislaw.com

Dated at Milwaukee, Wisconsin, this 26th day of December, 2025.

AMUNDSEN DAVIS, LLC


By: *Electronically signed by Lawrence J. Glusman*
Lawrence J. Glusman (SBN: 1024507)

***Attorneys for Milwaukee Economic***
***Development Corporation***

Lawrence J. Glusman, Esq.
Amundsen Davis, LLC
111 East Kilbourn Avenue – Suite 1400
Milwaukee, WI  53202
E: lglusman@amundsendavislaw.com
T: (414) 225-1488
F: (414) 278-3688

Case 25-26829-kmp     Doc 50     Filed 12/26/25     Page 1 of 1